UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYUN WOO CHO,<br>Plaintiff,<br>v.<br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br>Defendants. | Case No. 25-cv-08305-AMO<br>**ORDER DENYING MOTION FOR DEFAULT JUDGMENT**<br>Re: Dkt. No. 52 |

Before the court is Plaintiff's motion for default judgment. The Court Clerk entered default against Defendant TransUnion LLC on March 19, 2026. Dkt. No. 47. Cho moved for default judgment by the court on April 14, 2026. Dkt. No. 52. On May 5, 2026, the Court granted Defendants' motion to dismiss with leave to amend. Dkt. No. 53. Cho filed an amended complaint against Defendants including TransUnion LLC on June 1, 2026. Dkt. No. 56.

Because Cho filed an amended complaint, Cho's motion is moot and the earlier entry of default is no longer effective. *See Ogunsalu v. Nair*, 264 Fed. Appx. 672, 674 (9th Cir. 2008). Accordingly, there is no clerk's default on which Cho's motion for default judgment can rest. The Court therefore **DENIES** the motion for default judgment subject to resubmission following proper entry of clerk's default.

Cho is advised that there is helpful information for self-represented litigants at http://cand.uscourts.gov/proselitigants, including the Northern District's *Representing Yourself in Federal Court: A Handbook for Pro Se Litigants*. Cho is also encouraged to seek the assistance of the free Legal Help Center operated by the Bar Association of San Francisco. A litigant may

//

//

United States District Court
Northern District of California

United States District Court
Northern District of California

schedule an appointment by signing up in the appointment book located on the table outside the door of the Center or by calling the Legal Help Center appointment line at 415-782-8982.

**IT IS SO ORDERED.**

Dated: August 5, 2026

ARACELI MARTÍNEZ-OLGUÍN
**United States District Judge**